| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 619-222-7429<br>F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AGANON,<br><br>        Plaintiff,<br><br>vs.<br><br>FREEDOM DEBT RELIEF, LLC, ANDREW HOUSSER, FINXERA, INC. & NATIONAL LITIGATION LAW GROUP, LLP.<br><br>        Defendants. | CASE No: 19-cv-02377-WQH-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

---

1

Notice of Voluntary Dismissal of Action with Prejudice

1  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff
2  John Aganon requests that the court dismiss all of Plaintiff's claims against all
3  Defendants with prejudice.

5  Respectfully submitted,

7  Date:  January 19, 2021                SWIGART LAW GROUP, APC

8                                          By:  s/ *Joshua B. Swigart*
9                                          Joshua B. Swigart, Esq.
                                           Josh@SwigartLawGroup.com
10                                         Attorney for Plaintiff